[Cite as *Hixson v. Ohio State Univ.*, 2012-Ohio-6314.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JAMES B. HIXSON

    Plaintiff

    v.

THE OHIO STATE UNIVERSITY

    Defendant

Case No. 2010-07334

Judge Joseph T. Clark
Magistrate Lewis F. Pettigrew

JUDGMENT ENTRY

{¶ 1} On July 2, 2012, the magistrate issued a decision recommending judgment for defendant.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)."

{¶ 3} Civ.R. 53(D)(4)(e)(i) provides: "The court may enter a judgment either during the fourteen days permitted by Civ.R. 53(D)(3)(b)(i) for the filing of objections to a magistrate's decision or after the fourteen days have expired. If the court enters a judgment during the fourteen days permitted by Civ.R. 53(D)(3)(b)(i) for the filing of objections, the timely filing of objections to the magistrate's decision shall operate as an

automatic stay of execution of the judgment until the court disposes of those objections and vacates, modifies, or adheres to the judgment previously entered."

{¶ 4} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision.  Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein.  Judgment is rendered in favor of defendant.  Court costs are assessed against plaintiff.  The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


_____
JOSEPH T. CLARK
Judge

cc:

Robert D. Noble                         Velda K. Hofacker
261 South Front Street                  Assistant Attorney General
Columbus, Ohio 43215                    150 East Gay Street, 18th Floor
                                        Columbus, Ohio 43215-3130

007
Filed July 2, 2012
To S.C. Reporter January 16, 2013